IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| Jorge Grado, # 53931-509 § | |
| Plaintiff, § | |
| § | |
| § | |
| V. § | Case No: 6:24-CV-00049-H |
| § | |
| § | James Wesley Hendrix U.S.D.J. |
| EDEN DETENTION CENTER, § | |
| JOHN DOE WARDEN § | JURY TRIAL COMPLAINT |
| SUPERVISING PHYSICIAN § | |
| Dr, Ford, § | |
| DEFENDANT, § | |

## FIRST AMENDED COMPLAINT

**COMES NOW**, Plaintiff Jorge Grado, pro-se, and as and for a first Amended complaint, respectfully shows the court that:

## JURISDICTION AND VENUE

1) this court has jurisdiction under the Civil Rights Act, 42 U.S.C § 1983, and 28 U.S.C § 1331, 1346,(a) of the EIGHTH AMENDMENT,to the United States Constitution, and Biven, V. Six Unknown Federal Norcotics Agents, 403 U.S. 388 (1971).

## EXHAUSTED OF REMEDIES PRECEDENT
### PARTIES

2) Plaintiff has exhausted all administrative remedies precedent to suit, as regard by Prison Litigation Reform Act.

3) Plaintiff Jorge Grado, at all time relevant hereto, was a resident of the States of Texas, and confined of the Federal Bureau of Prison(BOP).

4) Defendant EDEN DETENTION CENTER, was at all relevant times, an employee and officer of the EDEN DETENTION CENTER UNITED STATES AN agency of the United States of America. This Defendant is suid in his professional and individual capacity.

5) Defendant John Doe Warden, was at all relevant times, an employee and officer of the UNITED STATES EDEN DETENTION CENTER, an agency of the United States of America. This Defendant is suid in his professional and individual capacity.

6) Defendant Supervising Physician Dr, Ford was at allrelevant times, an employee and officer of the EDEN DETENTION CENTER an agency of the United States of America. This Defendant is suid in his professional, and individual capacity.

# FACTS

## STATEMENT OF CLAIM: The Facts of the Case

My name is Jorge L. Grado, DOB: 06/09/92, and currently an inmate at F.C.I. Big Spring, Texas.

I was arrested by the Dimmitt, Texas police on September 15, 2022.

In addition to undergoing the arrest procedures for an alleged crime, I experienced brutal treatment by the arresting officers, which resulted in severe bodily injury, and a permanent disability of my right hand and wrist.

The following is a summary of the events that lead up to my disabling injury, which I now have to live with for the rest of my life.

On September 15, 2022, I was attending my "little" brother's football game, along with my mother (

This game was being held at Dimmitt, Texas High School football field. It was approximately 7-7:30pm, and my mom and I were seated on the lower bleachers, and were eating M & M's candy. I was watching the game, and texting my 12 y/o daughter, who was turning 13 y/o on September 18th, and talking to her about getting her a "Apple" watch for her birthday.

During the football game, the Dimmitt police showed up. Officer Brandon, attended High School with a younger brother. Officer Brandon was accompanied by Officer Elmore.

3

I knew Officer Brandon through his brothers, who I attended High School with.

Dimmitt is a small Texas town, has a Subway, Sonic, Low's, and an old movie theater. That's about it.

I was unemployed at this time, and had just ended a job with a private water pump company from Dimmitt, Texas, who's owner lived in Levelland, Texas, about one hour from Dimmitt. My pay was $1,500.00 per week, Monday thru Friday, 10 hour work days, and paid my taxes. I was living with my mom ( a housewife) and dad (a farmer).

I was separated from my wife, who I am legally married too. We have one daughter, and have been a couple over 14 years. My wife and daughter live in Plainview, Texas. My wife is in the United States on the D.A.C.A. Program, and works for Walmart Distribution. My daughter in in the 7th grade, an excellent student, who wants to be a doctor someday. I have good communication with my wife and daughter.

During the game, I could not help notice alot of police activity, the 2 Dimmitt Police Department Officers, Brandon and the other officer, who I later learned his name, Elmore. I expected they were there for me, since I had a federal warrant. I became aware of the federal warrant at the end of August, and had a criminal attorney who represented me, including 2021 charges (federal charges in San Antonio, Texas). My attorney, Molly Roth, was working on my case, and never contacted me concerning any possible arrest on the warrant.

4

I was approached by both officers, Brandon and Elmore, and was asked to follow them to the bottom of the bleachers. My mom also followed us, and witness to my arrest. She also witnessed when I was handcuffed. People were video taping with their cell phones.

When I arrived to the bottom of the bleachers, I was handcuffed by Officer Elmore. On my left wrist, I had a "smart" watch, and when I was cuffed, I felt the cuff pinching my wrist. I made the officers aware of the pinching pain, and they uncuffed the right wrist, so I could remove the watch. Afterwards, I was re-cuffed, with both my hands & wrist behind my back. I told both officers, "the cuff on the right hand/wrist is too tight and it is hurting".

The following is the conversation I had with the arresting Dimmitt Police Department officers, Brandon & Elmore.

Brandon: (At the stand/bleachers) "Jorge Grado, we need to speak to you;Can you please follow us."

Both officers were wearing black uniforms with a badge, vests, no caps, and I did not see any body cam's. Brandon is tall, approximately 6'2" in height, weighed about 230 lbs, and brownish hair;He was clean shaved. Elmore is 5'11" in height, weights 180-190 lbs, blond, with a beard & mustache.

My mom was witnessing everything, heard me complain that the cuff on my right wrist was too tight. She appeared panicky, scared, and had a nervous look. She did not say a thing, and kept quiet.

...ent of Claim (cont'd)

Mom: (In Spanish) "Que lo que esta pasando? Porque lo estan arrestando?" The officers did not answer my mother. She later got on her cell phone, when I was placed in the officer's SUV.

Jorge Grado: "Can I hand my cell phone #1 (had 2 cell phones on me), smart watch, and car keys (my mother's car, I was driving) to my mom?"

Officer's (both): "Yeah"

While the above was transpiring, I was continually informing both officers that my right wrist cuff was too tight, and that "it (cuff) is biting me" "My hand is tingling" The cuffs remained unchanged or unloosen, and after about 1 hour, my **right hand went numb** [at the police station].

At the stadium, the officers added a chain to link both cuffs, since I have wide shoulders. This did not relieve the pain and eventual numbness of my right hand & wrist.

I told both officers my right hand was hurting, and they said they added the longer chain to the cuffs. At that point, I stopped asking them to loosen the right cuff, because of fear of being added more charges. The Dimmitt police are known to add more charges, if one complains. Again, Dimmitt is a very small town, and news of anything travels fast, including how people are treated when arrested.

At the Stadium I asked both officers if I would hand over my wallet to my mother; and when they searched it, found what they concluded to be an illegal substance, confiscated the money in the wallet, and added a charge for the purported

6

illegal substance, which I never heard if it was tested, or whether it was contaminated, since I do not recall either of the officers were using gloves. The officers kept the 2nd phone and the wallet.

The officer's searched my mom's vehicle, took them approximately one hour, and found nothing. She drives a brown Tahoe. The officer's did not use any dogs in their search.

While I was in the Police Tahoe (SUV), I said: "My hand (refering to my right hand) is hurting; the cuff is on too tight." I directed this commet to Officer Elmore, who's Tahoe, I was placed in. Brandon was in another Tahoe. Elmore did not make any comment to my complaint. I noticed that after the arrest, the Sheriff officers that also showed up and were at a distance, left the stadium.

AT the Police Station:

Officer Elmore took me to the office.

Officer Brandon counted the money and supposedly tested the contents of my wallet. I was in the office about 1 - 1.5 hours.

Officer Elmore: Directed a question to me - "Are you O.K.?" My stomach was growling since I was hungry.

Elmore: "We are about to go to the Sheriff's Department, and we'll get the cuffs off you." By that point, I had been in handcuffs, with my right hand hurting then going numb for approximately 2.5 hours.

I was transported to the Sheriff County Jail in Dimmitt, Texas, which was about 3 minutes away.

7

At the Sheriff's Department, the hand cuffs were removed, they took my name, and I was placed in a holding tank.

While I was in the holding tank, Elmore & Brandon, suddenly took off running.

I later learned, that they returned to the stadium to get the phone #1 and watch from my mother, and my mom, said that they told her that they needed them.

While I was in the tank: I noticed that my right hand was cramping, wrist swollen when compared to my left wrist, it was tingling, numb, and felt a pain on a scale of 10 (Scale 0 to 10, with zero being no pain, and 10 being maximum intolerable pain. The only way I can describe the pain and numbness I felt on my right wrist and pain, is what I imagine "frost bite" might feel like, or like someone had squeezed all the blood out of my hand, and it became lifeless. I know pain and discomfort, but I have never felt such agony and discomfort in my life. It was like someone was trying to smash my hand at the wrist until it fell off. It is hard to describe, but almost felt like when you cross your legs, and the bottom leg goes numb, and when you stand up, you have no strength, and it feels like it is on fire, as the numbness starts to go away, but in my case, the fire sensation and numbness like frostbite never went away, day nor night, and was not relieved with tylenol nor aspirin products.

I found myself alone in the tank, in severe discomfort, and afraid that the officers would press more charges on me simply because I complained of my right wrist & hand.

8

I was processed (finger printed) at midnight, September 16, 2022. The Commanding Officer was "Pablo [Enriquez], and his sister, Ms. Enriquez, who answered to her brother, Officer Pablo. I spent the next 7 months there at the Castro County Jail in Dimmitt, Texas, from September 15, 2022 to April 5, 2023. When I was being finger printed by Ms. Enriquez and Pablo, Ms. Enriquez said, "What's wrong with your hand [refering to my right hand/wrist]?" I (Jorge Grado, answered, "the handcuff were too tight". Ms. Enriquez asked, "Does it hurt?" Grado: "Yes". When I was being fingerprinted, Ms. Enriquez literally had had to straighten my fingers so she could roll them on the ink, then print my fingers, since I did not have the strength to straighten my finger on my own, with lost of finger control. I told Ms. Enriquex, "my hand is like it is asleep". After I was fingerprinted, I was returned to the cell, and everyday thereafter, I complained, "my hand hurts (right hand)". I was given tylenol, however, it did not take the discomfort away.

On January 11th, 2023, I was finally taken to the local hospital clinic, where I was evaluated and treated by FNP (Family Nurse Practioner) Ashley Valdez. Valdez's Physical Exam was asking me to squeeze my fingers (right hand), and nothing else. She did not check my pulse, circulation, do a needle prick test, ask me to move each finger/thumb individually, nor check my hand for temperature difference when compared to the left hand. I was not asked to flex nor extend my wrist, and compare the strength to the left hand.

FNP Valdez, said nothing to me, and prescribed Naproxen, which did not help the burning sensation and pain I was experiencing. Instead, she ordered labs and said she wanted to rule out some sort of "systemic" dysfunction.

I did not understand why she was thinking there was something wrong in my blood or some other organ, when I was fine up until I was handcuffed.

I was returned to the jail after my visit to the hospital clinic. Later, I returned to the clinic on three separate occasions, and had laboratory tests, x-rays of my neck, and was told by the FNP Valdez, "you probably slept wrong". She did not order any x-rays of my hand (right). She ordered anxiety testing. I had no MRI or CT. I was referred to a Neurologist, but not seen at that time.

I was later transferred to the Eden Federal Detention Center. There at the detention center, I complained of my right hand and wrist to the staff and medical. I also requested medical records from Dimmitt County Jail. At the detention center, I was continued high cholesterol and blood pressure medications, that were started at Dimmitt, Texas. At the detention center essentially nothing was done to evaluate and treat my injured right hand/wrist, that was a result of the tight handcuff that was placed by the arresting officer in Dimmitt, Texas, and that both officers ignored my complaints, as well as, the staff at the County Jail, and the FNP Valdez at the hospital clinic.

I presented to the Federal Judge in San Antonio for a bond hearing, and my court appointed attorney, Molly Roth, showed

the federal judge my right hand/wrist (which looks deformed to any lay person). I said, to Molly Roth, "Look what they did to me at Dimmitt, Molly" Molly Roth replied, "Oh my gosh. I didn't think it was that bad!"

Molly Roth, turned to the Marshal and said, "Jorge needs medical treatment!" Molly Roth, placed my need of medical treatment on record at the sentencing hearing on 11/01/23. The Judge **ordered medical treatment!**

I was eventually taken to see a Neurologist and Hand Surgeon in San Angelo, Texas from the Eden Detention Center. **Both Specialist said, "it took too long for medical treatment and because of this delay, your hand is permanently damaged beyond repair".**

The delay was ignored by the Dimmitt Jail and Eden Detention Center, despite my family calling both institutes requesting treatment for my right hand/wrist; These facilities never approved the correct referrals, in order to get the right treatment on time to perhaps make the damage from the cuff injuries worst. Not even Physical Therapy was recommended, even though it was recommended by both the Neurologist and Orthopaedica Hand Specialist. [After Judge ordered] I was later taken to San Angelo, Texas, where x-rays of my right hand were done, and also of my right shoulder and neck. An MRI w/ contrast was done to evaluate the brachial plexus, and injury to that group of nerves was ruled out. The conclusion of this testing, was that my injury and symptoms were limited to my right hand/wrist. Nerve conduction studies were done.

11

Note: The symptoms that I, Jorge Grado, presented with in no way are consistent with a brachial plexus injury. My shoulder, arm, nor forearm were giving me problems; My hand starting at the wrist was giving me pain, pareshesias - numbness, tingling, and burning, , with loss of sensation, and inability to use my right hand because I loss control of my hand muscles. This burning pain was horrible, and continues to give me problems to date, and unrelieved with tylenol or anti-inflammatory medications such as Naproxen, which is what the FNP Valdez prescribed. This right hand/wrist discomfort would wake me up at night. These were complaints I gave to the staff at the Dimmitt County Jail and at the Eden Federal Detention Center. I also gave my complaints to FNP Valdez. When my family would visit me in person and on "face time", I would complain of my right hand & wrist, and would show them the deformed right hand. I was forced to use my left hand to pick up a cup and brush my teeth, since I lacked grip strength on my right hand. My family called on several occasions to the Dimmitt County Jail, requesting that I be referred to a doctor. My hand was weak with gripping objects, had a hard time squeezing, and could not pinch because my hand muscles would not work. You could see the difference in comparing my right hand/wrist to the left side, in that, the right was swollen, and looked "whiter" than my left hand; And, also, my right hand felt cold.

12

I was later transfered from the Eden Federal Detention Center, to F.C.I. Big Spring, Texas and arrived at Big Spring on March 1st, 2024.

I was seen by Dr. Natalie Wright, Big Spring Health Services, who ordered a hand surgeon referral, and prescribed physical therapy, plus issued an elastic wrist brace.

I, Jorge Grado, declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

*Jorge Grado*

## Discussion of what I have researched on right hand/wrist injuries

I believe that I have suffered complications of a compartment syndrome, that was incited by being handcuffed too tight on my right wrist by the Dimmitt Police Department. I am not an law enforcement officer, but I believe that the officer(s) exercised total disregard to my complaint from the very beginning, that the right hand/wrist was cuffed too tight. These two officers, are under the supervision of the Dimmitt Police Department Chief, and in my view, did not follow police procedures in handcuffing, and definitely ignored my complaint that the cuff was too tight and causing much pain and discomfort.

The delay in removing the right hand cuff 2-2.5 hours later, and/or at least loosing the cuff, resulted in what is termed "compartment syndrome", a pathomechanical condition that involves decreased size of the carpal tunnel at the wrist, creating a condition of increased volume of the carpal contents, and in my case, causing compression on the radial and ulnar nerves. This further creates an entrapment neuropathy. This is a surgical emergency! When unrelieved compression of the nerve is not addressed as an emergency, the result is neurapraxia or nerve conduction anomaly, and demyelination or loss the the myelin sheath which protects the nerve. Without myelin, the nerve will not work properly, and messages from the central nervous system (brain) or the

14

## Discussion

autonomic nervous system, will not arrive to the muscle or organ; In my case, the hand muscles! The creation of abnormal pressure at the wrist from the exexaggerated handcuff, also created ischemic damage to the nerves (radial & ulnar) and likely to muscles and tendon tissues. Without proper blood supply, tissues such as nerves, muscles, and tendons suffer death and/or permanent dysfunction, if left without adequately normal blood supply, just like a victim that drowns and is without oxygen to the brain for over 4 minutes, with exceptions such as drownings in ice water.

In my case, since it took over 2 hours to remove the very tight, and painful handcuff (right greater than the left), I suffered abnormalities with grasping with my right hand, have essentially lost my grip & is obvious to people when I try shaking their hand using my right hand, I have lost strength and drop items when I forget and try to use my right hand, and have increased pain when I try to palmar flex or dorsi flex at the right wrist.

What I have researched, tells me that I have suffered the complications of "compartment syndrome", and it was because I was cuffed too tight by the Dimmitt police officers, and my condition was made worst, by not being treated by the correct specialist on time, was misdiagnosed and delayed diagnosis by FNP Valdez, and my complaints of my right hand, were not addressed as an emergency or at least referred to the emergency room by the receiving Commanding Officers, Enriquez and Pablo, the head of the department at the time. I was also not treated by a simple referral to a doctor or

15

## Discussion

a specialist at the Eden Federal Detention Center. In Compartment Syndrome, the swelling or edema at the wrist, leads to pressure increase within the fascial compartment; That is the tissue that looks like a "web" that holds tendons, muscles, and nerves together in a compartment, along with vasculature (arteries and veins, the circulatory system). This swelling which I complained to the Dimmitt officers, the staff at the Dimmitt County Jail, and to my visiting family, and later, at the Eden Federal Detention Center, was not taken serious by the law enforcement, and my family made several phone calls to the Dimmitt County Jail to complain of lack of treatment for me. The increased pressure at the wrist, created increased swelling of my right hand (when compared to the left), and this pressure also caused ischemia, besides the demylination of the nerves, ischemia to the muscles as well as, the nerves, making things even worst. According to my research, acute sensory changes of my right hand develop after 30 minutes of ischemia and acute, **irreversible nerve damage in 12 to 24 hours. Acute irreversible muscle changes (i.e., necrosis or dead tissue) occurs in 3 to 8 hours, without emergency surgery by a specialist.!** At my stage, as far as I can tell, my injury at the hands of Dimmitt police and complicated by the lack of proper medical care, ignorance of county jail & detention officers, and misdiagnosis by FNP Valdez, has resulted in my **permanent disablilty of my right hand.** I will never

## Discussion

be able to use my right hand normal again. If I ever wanted to follow-up later in life, and learn how to play the guitar or most muscical instruments, I will not be able too. And, I will be limited on what kinds of work I can do, once released from prison, and could be look upon as a high risk employee that could place other employees in danger because of my right hand disability. I would even have trouble getting a job as a truck driver, or operating certain farm equipment, because of my right hand disability which for all purposes, is permanent!

My research has also revealed, that flexor retinaculum release, steroid injections, and surgical intervention with a fasciotomy, would yield a poor prognosis and could make things even worst with my permanent condition.

It is very difficult for me, to have to face this reality, especially since I am married and have a child, that I should be able to support financially once I get released. I have nightmares, that I not only have lost use of my right hand, but that I can't walk, because I have no feet and both hands are also missing. I find myself waking up at night after these nightmares, crying, and asking God, to forgive me for my sins, the mistake that I got myself into with drugs & crime, and ask God, why am I being punished this way for the rest of my life! If I could go back in time, and change one thing, it would be this, and not get involve in a crime or drugs! I never thought, that my crime would result in this permanent defect, which I must now live with for the rest of my life.

17

## Discussion

I, Jorge Grado, declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C § 1746

10/16/2024
Date

_(signature)_
Jorge Grado

Attachments: Exhibit's A & B

7) The assault Plaintiff resulted in permanent injury, his right hand is permanently damaged and disfiguerement.

8) Notwithstanding Plaintiff's reports to defendants Eden Detention Center. John Doe Warden, Supervising Physician, Dr. Ford and no defendant properly followed Eden Detention Center policy and procedure, with the result that Plaintiff was subjected to cruel unusual punishment, in violation of the Eighth Amendment to the United states constitution.

## CONSTITUTIONAL CLAIMS AGAINST
### DEFENDANT EDEN DETENTION CENTER

9) the actions of defendant Eden Detention Center, set forth in page 1-20 violated plaintiff's right to be free from cruel and unusual punishment under the Eighth Amendment to the United States Constitution. Defendant Eden Detention Center is liable to the Plaintiff for these unlawful action in violation of the constitution.

## CONSTITUTIONAL CLAIMS AGAINST
### DEFENDANT JOHN DOE WARDEN

10) The actions of defendant John Doe Warden, set forth on page 1-20 violated plaintiff's right to be free from cruel and unusual punishment under the Eighth Amendment to the United States constitution. Defendant John Doe Warden, is liable to the plaintiff for these unlawful action in violation of the constitution.

## CONSTITUTIONAL CLAIM AGAINST
### DEFENDANT SUPERVISING PHYSICIAN DR. FORD

11) The action of defendant Supervising Physician Dr, Ford, set forth on page 1-20 violated plaintiff's right to be free from cruel and unusual punishment under the Eighth Amendment to the United

19

States Constitution. Defendant Supervising Physician Dr, Ford is liable to the plaintiff for these unlawful action in violation of the constitution.

### PRAYER FOR RELIEF

A. On the claims stated in Page 1-20, plaintiff asks the court to enter judgment against defendant's EDEN DETENTION CENTER, JOHN DOE WARDEN, SUPERVISING PHYSICIAN DR, FORD.

B. For the injuries that the plaintiff suffered as a result of the claims stated in page 1-20, the plaintiff ask the court to hold defendants Eden Detention center, John Doe Warden, Supervising Physician Dr, Ford, jointly and severally liable for compensatory damage and cost of this action together with reasonable attorney's fees. sum at 25, Million.

C. For the claims stated in page 1-20, the plaintiff ask the court to hold defendants Eden Detention Center, John Doe Warden, Supervising Physician, Dr, Ford. And further liable for punitive damages.

### JURY DEMAND

PLAINTIFF demands a jury trial of his Constitutional claims against defendants, Eden Detention Center, John Doe Warden, Supervising Physician Dr, Ford.

Signed under penalty of perjury this 4 day of October 2024.

Jorge Grado,
FCI BIG SPRING TEXAS
1900 Simler Avenue
Big Spring Texas 79720
Reg 53931-509

20