IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| JORGE GRADO,<br>Institutional ID No. 53931-509 | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 6:24-CV-00049-BU |
| FNU LNU #1, *et al.*, | | |
| Defendants. | | |

# JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Grado's Complaint, and all claims alleged therein, are DISMISSED with prejudice under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1) as frivolous and for failure to state a claim on which relief may be granted.

ENTERED this 11th day of September 2025.

JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1